UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

George Risher, Lamar Butler, and Zaquan Risher,

                                  Plaintiffs,

        -against-

The City of New York, P.O. Jimmy Maldonado, Sgt. Vincenzo DiMartino, and John and Jane Doe New York City Police Officers 1-10,

                                  Defendant.
---------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18 CV 1732 (MKB) (SMG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
           7/22        , 2019

HAROLD C. BAKER
*Attorney for Plaintiff*
32 Court Street, Suite 507
Brooklyn, New York 11201

By: ___[signature]___
Harold C. Baker
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Maldonado, and DiMartino*
100 Church Street, 3rd Floor
New York, New York 10007

By: ___[signature]___
Melissa Wachs
*Senior Counsel*

SO ORDERED:
s/ MKB 7/24/2019

_____

MARGO K. BRODIE
United States District Judge